In The

# *Court of Appeals*

# *Ninth District of Texas at Beaumont*

_____

## NO. 09-12-00307-CR
_____

**JANSON MICHAEL DURNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Cause No. 11-272011**

_____

## ORDER

On October 3, 2012, we dismissed this appeal for want of prosecution. *See* Tex. R. App. P. 42.3. The appellant subsequently filed a motion for rehearing, and the appellee filed a response. *See* Tex. R. App. P. 49.2. The clerk's record was filed on December 10, 2012.

The motion for rehearing filed by the appellant on October 19, 2012 is granted. Tex. R. App. P. 49.3. We withdraw our Opinion of October 3, 2012, and vacate the judgment entered thereon the same date. We reinstate the appeal on the Court's docket. The appellant's brief is due on or before January 14, 2013.

1

ORDER ENTERED December 13, 2012.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.